IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12CV84-MR-DSC

| | |
|---|---|
| WILLIAM SIMON STRICKLEN, as Administrator of the Estate of William Stephen Stricklen, et. al., <br><br>Plaintiffs, <br><br>v. <br><br>STONEBRIDGE LIFE INSURANCE COMPANY, <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [of H. Sanders Carter, Jr.]" (document #3) filed May 1, 2012. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Martin Reidinger.

**SO ORDERED**.

Signed: May 1, 2012

David S. Cayer
United States Magistrate Judge