IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12CV84-MR-DSC

| | |
|---|---|
| WILLIAM SIMON STRICKLEN, as Administrator of the Estate of William Stephen Stricklen, et. al., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) |
| STONEBRIDGE LIFE INSURANCE COMPANY, | )<br>) |
| Defendant. | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [of H. Sanders Carter, Jr.]" (document #3) filed May 1, 2012. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Martin Reidinger.</u>

**SO ORDERED**.

Signed: May 1, 2012

David S. Cayer
United States Magistrate Judge